# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CORD FORWARDERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:04-CV-1551 CAS |
| ) | |
| RYDER TRUCK RENTAL, INC., ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the Court's Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Cord and against Ryder for the sum of $277,281.18 representing $260,001.09 relative to the OVL Equipment claims and $17,280.09 relative to the Show Me Equipment claims, as calculated and itemized on pages 13-14 of the Court's September 19, 2006 Memorandum and Order, plus costs and such post-judgment interest as allowed by law.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 19th day of September, 2006.